CLERK OF COURT

MAY 1 4 2026

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re | ) |
| | ) Bankr. Case No. 25-16665-KHT |
| **JOHN RODERICK MCKOWEN,** | ) Chapter 11 |
| | ) |
| Debtor. | ) |

### NOTICE OF APPEAL AND STATEMENT OF ELECTION

### I. NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a)(1) and Federal Rule of Bankruptcy Procedure 8003, John Roderick McKowen, debtor and debtor-in-possession in the above-captioned Chapter 11 case, appearing pro se, hereby gives notice that he appeals to the United States District Court for the District of Colorado from the following final orders and judgment of the United States Bankruptcy Court for the District of Colorado, the Honorable Kimberley H. Tyson presiding:

1. The Order Denying Approval of Disclosure Statement and Dismissing Bankruptcy Case, entered May 11, 2026 (Bankr. Case No. 25-16665-KHT, ECF No. 122) (the "Dismissal Order"); and

2. The Judgment Dismissing Bankruptcy Case, entered May 11, 2026 (Bankr. Case No. 25-16665-KHT, ECF No. 123) (the "Judgment").

The names of the parties to the orders and judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are set forth below.

## II. PARTIES TO THE APPEAL

**Appellant:**

John Roderick McKowen
Debtor-in-Possession and Pro Se Appellant
5200 S. Quebec Street, Suite 117
Greenwood Village, CO 80111-2100
Telephone: (303) 248-6883
Email: john@johnmckowen.com

**Parties in Interest:**

Alan K. Motes, Esq.
Office of the United States Trustee
1961 Stout Street, Suite 12-200
Denver, CO 80294-6004
Counsel for the United States Trustee

Deanna L. Westfall, Esq.
Senior Assistant Attorney General
Office of the Colorado Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203-2104
Counsel for Tung Chan, Securities Commissioner
for the State of Colorado

## III. STATEMENT OF ELECTION

Pursuant to 28 U.S.C. § 158(c)(1) and Federal Rule of Bankruptcy Procedure 8005,

Appellant elects to have this appeal heard by the United States District Court for the District of

Colorado rather than by the Bankruptcy Appellate Panel for the Tenth Circuit.

The basis for this election includes Appellant's presently pending appeal before the

United States District Court for the District of Colorado, captioned McKowen v. State of

Colorado and Chan, Civil Action No. 1:26-cv-01883-CNS (the Honorable Charlotte N. Sweeney

presiding), arising from Adversary Proceeding No. 26-01111-KHT in the above-captioned

Chapter 11 case. Adjudication of the present appeal by the same district court will promote

judicial economy, consistency of decision, and orderly coordination with the framework

articulated by Chief Judge Philip A. Brimmer in McKowen v. Harrington, et al., No. 1:25-cv-00708-PAB-NRN (D. Colo.) (Orders entered Oct. 27 and 30, 2025, Dkts. 259, 260).

## IV. RESERVATION OF RIGHTS

Appellant reserves the right, pursuant to Federal Rule of Bankruptcy Procedure 8002 and the Court's inherent authority, to supplement or amend this Notice of Appeal to identify additional orders or judgments entered in the underlying Chapter 11 case bearing on the Dismissal Order and Judgment, and to designate additional items for inclusion in the record on appeal under Federal Rule of Bankruptcy Procedure 8009.

Dated: May 14, 2026

Respectfully submitted,

*/s/ John R. McKowen*
John Roderick McKowen
Debtor-in-Possession and Pro Se Appellant
5200 S. Quebec Street, Suite 117
Greenwood Village, CO 80111-2100
Telephone: (303) 248-6883
Email: john@johnmckowen.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2026, a true and correct copy of the foregoing Appellant's Notice of Appeal and Statement of Election was filed conventionally, in paper form, by hand delivery to the Clerk of the United States Bankruptcy Court for the District of Colorado, Custom House, 721 19th Street, Denver, CO 80202, in Bankr. Case No. 25-16665-KHT, and served on the following parties by the methods indicated below:

**Via the Court's CM/ECF System upon all parties registered to receive electronic notice in Bankr. Case No. 25-16665-KHT, including:**

> Alan K. Motes, Esq.
> Office of the United States Trustee
> 1961 Stout Street, Suite 12-200
> Denver, CO 80294-6004
>
> Deanna L. Westfall, Esq.
> Senior Assistant Attorney General
> Office of the Colorado Attorney General
> 1300 Broadway, 10th Floor
> Denver, CO 80203-2104
> Counsel for Tung Chan, Securities Commissioner

**Via email, by agreement of the parties, to counsel for the State of Colorado and Tung Chan, Securities Commissioner:**

> Deanna L. Westfall, Esq.
> Senior Assistant Attorney General
> Office of the Colorado Attorney General
> deanna.westfall@coag.gov
> Counsel for the State of Colorado and Tung Chan, Securities Commissioner

Respectfully submitted,

*/s/ John R. McKowen*
John Roderick McKowen, Pro Se